IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

SAMANTHA D. JAMES,                )
                                  )
                                  )    CIVIL ACTION NO. 4:25-CV-02135
                                  )
        Plaintiff,                )
                                  )
                                  )    MAGISTRATE JUDGE
v.                                )    JENNIFER DOWDELL ARMSTRONG
                                  )
                                  )
FRANK BISIGNANO,                  )
COMMISSIONER OF SOCIAL            )
SECURITY,                         )
                                  )
        Defendant.                )

<u>ORDER</u>

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be reversed and remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). The Court finds that an entry of judgment reversing and remanding to the agency for further administrative proceedings is warranted because further evaluation of Plaintiff's migraines is warranted and further development of the record is needed.

On remand, the claim will be sent to an administrative law judge for further consideration of Plaintiff's claim, the opportunity for a hearing, further development of the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, and issuance of a new decision.

Date:  4/9/2026          Entered:  /s/*Jennifer Dowdell Armstrong*
                         MAGISTRATE JUDGE JENNIFER DOWDELL ARMSTRONG